JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVE LASCANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No:   2:20-cv-02760-VAP (RAOx)<br><br>Judge:  Hon. Virginia A. Phillips<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:  February 24, 2020<br>Trial Date:  None Set |

1

ORDER DISMISSING ACTION

57493837.v1

Upon consideration of the Parties' Joint Stipulation to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT**:

1. All individual claims asserted by Plaintiff against Defendant in this action (including, but not limited to, any personal right Plaintiff claims to have to assert a class action, collective action, representative action, or other group-wide proceeding of any kind against Defendant) shall be, and are hereby, dismissed *with prejudice*.

2. All claims of putative class members shall be, and are hereby, dismissed *without prejudice*.

3. Plaintiff and Defendant shall bear their respective attorneys' fees and costs.

4. This Order shall have the effect of dismissing this action in its entirety, including, but not limited to, dismissing all individual and putative class claims asserted in the First Amended Complaint.

DATED: June 19, 2020

HON. VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT COURT JUDGE